x:\ATS52463\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
---------------------------------------------------------------------------X
SIXTO AVILES,

                                                          **NOTICE OF**
                                                          **ADOPTION**

                          Plaintiff,

                                                          **08 CIV 2254**

           -against-

ON SITE:
7 WORLD TRADE COMPANY, L.P., A RUSSO
WRECKING, INC., ET AL,

OFF SITE:
41 MADISON LP/RUDIN MGMT CO., AJ GOLDSTEIN &
CO., ALAN KASMAN DBA KASCO, ANN TAYLOR
STORES CORPORATION, ET AL,

                                    Defendants.
---------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that defendant, ANN TAYLOR STORES CORPORATION as

and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts

ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8,

2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site*

*Litigation*, 21 MC 102 (AKH).

        To the extent that ANN TAYLOR STORES CORPORATION's Answer to the Master

Complaint does not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies

knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment

dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated:  New York, New York
   May 16, 2008

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendant
ANN TAYLOR STORES CORPORATION
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

To:

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway, 12th Floor
New York, New York  10006
(212) 267-3700